IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CASSIE POINTER and DARRELL THACKER, Individuals, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 2:09-CV-083-J |
| VERLA VARNELL BARRETT, Individually and d/b/a BIG V CONSTRUCTION, | § § § § | |
| Defendants. | § § | |

## ORDER SETTING HEARING

The Court will conduct a hearing on the proposed settlement reached in this case beginning at **9:30 a.m. on Wednesday, September 8, 2010**, in the second floor courtroom of the federal building at 205 E. Fifth Ave. in Amarillo, Texas.

Counsel are to provide the Court with a copy of the settlement documents and any proposed orders or judgments by not later than **9:30 a.m. on Tuesday, September 7, 2010**.

IT IS SO ORDERED.

Signed this 24th day of August 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE