IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2010 SEP -8 PM 3: 14
DEPUTY CLERK _____

| | | |
|---|---|---|
| **Cassie Pointer and** | § | |
| **Darrell Thacker, individuals** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| vs. | § | CASE NO. 2:09-CV-83-J |
| | § | |
| **Verla Varnell Barrett, individually** | § | |
| **and d/b/a Big V Construction** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

On this day came on for hearing the Joint Motion for Court Approval of Collective Settlement, Settlement Distribution and Plaintiffs Unopposed Motion for Approval of Plaintiffs' Attorney's Fees and Litigation Expenses (Dkt. 54). The Court having held a hearing to consider the parties Settlement Agreement and Proposed Distribution of the Common Fund generated by the settlement and having considered the parties Joint Stipulation of Dismissal with Prejudice and having heard any objections to said settlement it is hereby ORDERED AND ADJUDGED that the following distributions to the Plaintiffs and Plaintiffs' counsel out of the common fund of $30,000.00 is hereby approved, authorized and found to the fair and reasonable, to wit:

| | |
|---|---|
| Cassie Pointer | $1,541.64 |
| Darrell Thacker - to A.G. for child support lien | $1,677.66 |
| Brandon Bagwell | $1,012.64 |
| Brett Bagwell | $2,115.97 |
| Elijah Ivory | $891.73 |

| | |
|---|---|
| Clarence Ivory | $1,481.18 |
| Adam Ortiz | $272.05 |
| David Urteaga | $181.37 |
| Heidi Maupin | $2,660.08 |
| Jake Maupin | $1,511.41 |
| Ronnie Robles | $347.62 |
| Cody Miranda | $15.11 |
| Tina Ortiz | $1,405.61 |

    SUBTOTAL - PLAINTIFFS & OPT-INS:   $15,114.07

| | |
|---|---|
| Law Offices of Philip R. Russ & Myatt and Laney | $10,076.08 |
| Costs Advanced | $4,809.86 |

    SUBTOTAL - FEES & COSTS:   $14,885.93

    TOTAL DISTRIBUTIONS, FEES & COSTS:   $30,000.00

IT IS FURTHER ORDERED AND ADJUDGED that the above-styled action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, ~~without~~ each party to bear its own costs and ~~cost and~~ waiving all rights of appeal.

Signed this _8th_ day of September, 2010.

_[signature]_
U.S. District Judge

APPROVED:

_[signature]_
Philip R. Russ
Attorney for Plaintiffs

_[signature]_
Kelly Utsinger
Attorney for Defendant